## MacKnight *v*. Insurance Company of North America, et al., Appellants.

Before BLOOM, J., without a jury. Argued December 8, 1975. *George J. McConchie*, with him *Cramp, D'Iorio, McConchie and Surrick*, for appellants; *Charles G. Nistico*, for appellee.

Order affirmed.

## Martin, Appellant, *v*. Calderwood, et al.

Before MARRONE, J. Argued December 8, 1975. *Jay Meyers*, for appellant; *Thomas O. Malcolm*, for appellees.

Judgment affirmed; petition for reargument refused February 23, 1976.

## Michael Baker, Jr., Inc. *v*. Penn-Beaver Hotel Corporation, Appellant.

## Colony Federal Savings & Loan Association, et al. *v*. Golden Age Apartments, Inc., Appellant.

Argued December 10, 1975. *Kenneth W. Behrend*, with him *Mark B. Aronson*, and *Behrend and Aronson*, for appellant; *James C. Tosh*, with him *Luce, Good, Tosh and Associates*, for appellee.

Orders affirmed.